IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN L. DEROSA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 01:10-cv-287 |
| ) | |
| J.P. WALSH & J.L. MARMO ) | |
| ENTERPRISES, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated from the bench, it is hereby

ORDERED that this case is STAYED pending arbitration and is REMOVED from the active docket of the Court.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
May 3, 2010