IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DEROSA, | ) |
| Plaintiff | ) |
| vs. | ) CASE NO. 1:10-cv-00287 CMH/TRJ |
| J.P. WALSH & J.L. MARMO, ENTERPRISES, INC., | ) |
| Defendant | ) |

### FINAL ORDER

This matter comes before the Court on Plaintiff's Motion to confirm Arbitration Award in which the Defendant joins and on Defendant's Motion to Lift Stay, to Reinstate the Counter Claim to the Docket, and for Summary Judgment, which the Plaintiff opposes. For the reasons stated from the Bench, it is hereby,

**ORDERED** that the Arbitration Award, attached hereto and made part hereof by reference, should be and hereby is confirmed, and, further,

**ORDERED** that Defendant's Motions to Lift Stay and Reinstate this Case to the Active Docket, should be and hereby is denied with prejudice, and

**THIS CAUSE IS ENDED.**

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
April 6, 2012